**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1203WA

_____

Sherman L. Gibbs,               *
                                     *

        Appellant,      *    Appeal from the United States
                                     *    District Court for the Western
   v.                     *    District of Arkansas.
                                     *
Shirley S. Chater,        *        [UNPUBLISHED]
                                     *

        Appellee.       *

_____

Submitted:  May 1, 1997

Filed:  May 5, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Sherman L. Gibbs appeals the judgment of the district court affirming the Commissioner's decision to deny Gibbs's applications for disability insurance benefits and supplemental security income. After careful review of the administrative record and the parties' briefs, we agree with the conclusions reached by the district court and affirm without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.